NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GPX INTERNATIONAL TIRE CORPORATION, HEBEI STARBRIGHT TIRE CO., LTD., AND TIANJIN UNITED TIRE & RUBBER INTERNATIONAL CO., LTD.,**
*Plaintiffs-Appellants,*

AND

**MINISTRY OF COMMERCE, PEOPLE'S REPUBLIC OF CHINA,**
*Plaintiff,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**BRIDGESTONE AMERICAS, INC. AND BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,**
*Defendants,*

AND

**TITAN TIRE CORPORATION AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS**

## INTERNATIONAL UNION, AFL-CIO-CLC,
*Defendants-Appellees.*

————————————

2014-1188, -1248

————————————

Appeals from the United States Court of International Trade in Nos. 1:08-cv-00285-JAR, 1:08-cv-00286-JAR, 1:08-cv-00351-JAR, 1:08-cv-00352-JAR, 1:08-cv-00358-JAR, 1:08-cv-00360-JAR, and 1:08-cv-00361-JAR, Judge Jane A. Restani.

————————————

## ON MOTION

————————————

## O R D E R

The United States moves for a 60-day extension of time, until July 14, 2014, for all of the defendants-appellees to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27